In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-529 CV


____________________



IN THE INTEREST OF A.W. AND A.W.






On Appeal from the County Court at Law No. 3


Montgomery County, Texas


Trial Cause No. 04-09-07626 CV






 MEMORANDUM OPINION 


 On March 9, 2006, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why she needed time for filing the record. Appellant did not respond. The
appellant did not submit an affidavit of inability to pay costs on appeal and is not entitled
to proceed without payment of costs. Tex. R. App. P. 20.1. There being no satisfactory
explanation for the failure to file the record, the appeal is dismissed for want of
prosecution. Tex. R. App. P. 37.3(b).

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered May 11, 2006 

Before McKeithen, C.J., Gaultney and Horton, JJ.